BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-MJ-00005 CKD |
| Plaintiff, | STIPULATION AND ORDER TO RESET TRIAL DATE |
| v. | |
| WILLIAM J. SZABO, | DATE: February 17, 2012 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Carolyn K. Delaney |

The United States and the defendant, by and through their respective undersigned counsel, hereby stipulate and jointly request that the trial date currently set for February 17, 2012 at 9 a.m. be reset for March 22, 2012 at 9 a.m. The government has just received additional discovery that it has produced to the defense, and both parties need additional time to prepare. Accordingly, the parties jointly request that the Court exclude time from the date of the Court's order to March 22, 2012 pursuant to local code T4, and make a finding that ends of

//
//
//

Stip. and [Proposed] Order         -1-         Case No. 2:12-MJ-00005 CKD

justice served by granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: February 7, 2012        Respectfully submitted,

                               BENJAMIN B. WAGNER
                               United States Attorney


                               /s/ Christopher S. Hales
                               CHRISTOPHER S. HALES
                               Special Assistant U.S. Attorney


Dated:  February 7, 2012       DANIEL J. BRODERICK
                               Federal Defender


                               /s/ Linda C. Harter
                               LINDA C. HARTER
                               Assistant Federal Defender



                               ORDER

IT IS SO ORDERED.

Dated: 2/8/2012                   /s/ Carolyn K. Delaney
                                HON. CAROLYN K. DELANEY
                                United States Magistrate Judge